UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATALIE AMOS, On Behalf of HERSELF and All Others Similarly Situated, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| LINCOLN PROPERTY COMPANY, | ) ) |
| *Defendant.* | ) ) |

COLLECTIVE ACTION

CASE NO. 3:17-cv-00037

JUDGE TRAUGER

## ORDER OF JOINT STIPULATION OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 55). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

Entered this 30th day of November, 2017.

_____
ALETA A. TRAUGER
United States District Judge

1

APPROVED FOR ENTRY:

/s/ David W. Garrison
DAVID W. GARRISON (No. 24968)
TIMOTHY L. MILES (No. 21605)
JOSHUA A. FRANK (No. 33294)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
tmiles@barrettjohnston.com
jfrank@barrettjohnston.com

*Attorneys for Plaintiff*


/s/ Mark A. Shoffner
**JAY M. WALLACE**
**MARK A. SHOFFNER**
Bell Nunnally & Martin, LLP
3232 McKinney Avenue, Suite 1400
Dallas, TX 75204
Telephone: (214) 740-1400
Facsimile: (214) 740-1499
jwallace@bellnunnally.com
mshoffner@bellnunnally.com

**M. REID ESTES, JR. (TN Bar No. 9043)**
**JOSHUA L. BURGENER (TN Bar No. 29077**)
DICKINSON WRIGHT, PLLC
424 Church St., Suite 800
Nashville, TN 37219
Telephone: (6150 244-6538
Direct: (615) 620-1737
Facsimile: (8440 670-6009
restes@dickinsonwright.com
jburgener@dickinsonwright.com

*Attorneys for Defendant*


NASHVILLE 53659-9 622918v1

2